934

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of the Appellate Division entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GENARO CAMPOS, Appellant, v JAMES CONWAY, Superintendent, Attica Correctional Facility, Respondent.

Submitted November 30, 2009; decided January 19, 2010

Motion for leave to appeal dismissed upon the ground that it does not lie from an order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT C. HINTON, JR., Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent.

Submitted November 23, 2009; decided January 19, 2010

Reported below, 66 AD3d 1402, 1403.

Motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, denied; motion, insofar as it seeks leave to appeal from the Appellate Division order dismissing the appeal from Supreme Court's order denying a motion for reconsideration, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief etc. dismissed as academic.

Judge PIGOTT taking no part.

SKILLED INVESTORS, INC., Plaintiff, v BANK JULIUS BAER & CO., INC., et al., Defendants.

BANK JULIUS BAER & CO., LTD., Respondent, et al., Plaintiff, v MENACHEM IVCHER et al., Defendants, and ECLECTIC HOLDINGS, INC., et al., Appellants.

Submitted November 30, 2009; decided January 19, 2010

Reported below, 62 AD3d 424 (Case No. 31).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

SKILLED INVESTORS, INC., Plaintiff, v BANK JULIUS BAER & CO., INC., et al., Defendants.

BANK JULIUS BAER & CO., LTD., Respondent, et al., Plaintiff, v MENACHEM IVCHER et al., Defendants, and BARUCH IVCHER et al., Appellants.

Submitted December 7, 2009; decided January 19, 2010

Reported below, 62 AD3d 424 (Case No. 31).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

SIGURD A. SORENSON, Appellant, v 257/117 REALTY, LLC, et al., Respondents.

Submitted November 16, 2009; decided January 19, 2010

Reported below, 62 AD3d 618.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of JEROME STALLONE, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Submitted December 28, 2009; decided January 19, 2010

Reported below, 65 AD3d 1410.

Motion for reargument of motion for leave to appeal denied [see 13 NY3d 712 (2009)].

RAYMOND STURINO, Respondent, v NINO TRIPICCHIO & SON LAND-SCAPING et al., Appellants.

Submitted December 14, 2009; decided January 19, 2010

Reported below, 65 AD3d 1327.